**A.R. LANDMARK CONSTRUCTION CO., INC., Appellant/Respondent,**

v.

**HS2D INVESTORS, LTD., d/b/a Waterway Gas, Respondent/Appellant.**

**Nos. WD 50258, WD 50338.**

Missouri Court of Appeals,
Western District.

Dec. 19, 1995.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Jan. 30, 1996.

Application to Transfer Denied
March 26, 1996.

Ken R. Battis, Fairway, Kan., and Stephen Jay Dennis, Westwood, Kan., for appellant.

Stanley E. Goldstein, Clayton, for respondent.

Before LAURA DENVIR STITH, P.J., and LOWENSTEIN and HANNA, JJ.

### ORDER

PER CURIAM.

The jury returned a verdict in favor of appellant, A.R. Landmark Construction Company, Inc., for $100,000. A.R. Landmark Construction Company, Inc. appeals the denial of its motion for prejudgment in-

terest. Defendant, HS2D Investors, Ltd., d/b/a Waterway Gas, maintains in its cross-appeal that the verdict was so grossly excessive as to indicate bias and prejudice. No precedential value would be served by a published opinion. A memorandum setting forth the reasons for the court's decision has been provided the parties.

Judgment affirmed. Rule 84.16(b).